**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Dennis William Merritt, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 3:20-cv-11 |
| Cass County Jail and Fargo Public Health, § § § § | |
| Defendant(s). | |

# PLRA REQUEST TO PLAINTIFF

Upon review, the Clerk notes that you have neglected to file the documents, checked below. Please complete and submit the indicated documents, so that your lawsuit can proceed to the Court for disposition.

- [✓] Request for Waiver of Service of Summons (**AO form 398**) (One for each defendant)
- [ ] Complaint (**local form A**)
- [ ] Application to Proceed *in forma pauperis* (**local form B**) or $400.00 filing fee
- [ ] Certificate of Inmate Account and Assets (**local form C**)

Complete and submit the documents, as marked above, to the office indicated below:

- [ ] **Office of the Clerk of Court**
  **District of ND, Western Division**
  **PO Box 1193**
  **Bismarck, ND 58502-1193**

- [✓] **Office of the Clerk of Court**
  **District of ND, Eastern Division**
  **655 First Avenue North, Suite 130**
  **Fargo, ND 58102-4932**

If the Clerk's office does not receive a response from you by February 13, 2020 your original documents will be returned to you as unfiled.