

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**NOTICE OF DIRECT ASSIGNMENT
FOR PRO SE AND/OR PRISONER CASES**

This case has been assigned to **United States Magistrate Judge Alice R. Senechal**

In accordance with the provisions of 28 USC § 636(c) and Rule 73 of the Federal Rules of Civil Procedure, you are notified that any and all proceedings in this case, including trial and the entry of a final judgment, will be conducted by the above-named United States Magistrate Judge. Any appeal from a judgment entered by the presiding Magistrate Judge will be to the United States Court of Appeals for the Eighth Circuit in the same manner as an appeal from any other judgment of this District Court.

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form, memorializing consent or requesting reassignment to a District Judge, is <u>mandatory</u>. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

Please indicate consent or request for reassignment by completing the Consent/Reassignment Form and returning it to the Clerk's Office as instructed below. The Consent/Reassignment Form is enclosed with this Notice.

**THE CONSENT/REASSIGNMENT FORM SHOULD BE MAILED TO THE OFFICE INDICATED BELOW WITHIN THE NEXT FOURTEEN (14 ) DAYS.**

| ✓ Office of the Clerk<br>United States District Court<br>655 1st Avenue North, Suite 130<br>Fargo, ND 58102 | ☐ Office of the Clerk<br>United States District Court<br>220 East Rosser Avenue<br>P.O. Box 1193<br>Bismarck, ND 58502-1193 |